UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH STAFFORD,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA AGUILAR, et al.,<br><br>    Defendants. | Case No. 25-cv-05289-LJC<br><br>**CASE MANAGEMENT SCHEDULE AND REFERRAL TO THE COURT'S MEDIATION PANEL** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Rule 26(f) Conference (if it has not already occurred): | October 17, 2025 |
| Initial disclosures (if not already served): | October 31, 2025 |
| Joint case management statement: | January 15, 2026 |
| Further case management conference: | January 22, 2026 |
| Fact discovery cut-off: | February 13, 2026 |
| Opening expert reports and disclosures: | March 13, 2026 |
| Rebuttal expert reports and disclosures: | March 27, 2026 |
| Expert discovery cut-off: | April 10, 2026 |
| Last day to file dispositive motions and *Daubert* motions: | May 5, 2026 |
| Last day to hear dispositive motions and *Daubert* motions: | June 16, 2026 |
| Pretrial conference:[1] | Oct. 16, 2026, 1:30 PM |

---

[1] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

| | |
|---|---|
| Trial: | Oct. 26, 2026 |
| | (Four days) |

The parties are also referred to the Court's Mediation Panel for a mediation on a date agreed upon by the parties. In the parties' next joint case management statement, they shall address, among other things, whether they have scheduled a mediation date and whether dispositive motions are unnecessary, such that the trial date may be advanced to a date June 2026.

**IT IS SO ORDERED.**

Dated: October 7, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge