UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH TONY STAFFORD, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 3:25-cv-05289-LJC |
| | ) | |
| v. | ) | |
| | ) | ORDER APPOINTING COUNSEL |
| MARIA AGUILAR, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Because the Plaintiff has requested and is in need of counsel to assist him in this

matter, and volunteer attorneys are willing to be appointed to undertake this representation at the

request of the Federal Pro Bono Project, the attorneys listed below are hereby appointed as counsel

for Plaintiff in this matter:

Jeffery Peter Woo (SBN 132697)
Womble Bond Dickinson
50 California St., Ste 2800
San Francisco, CA 94111-4616
415-433-1900
Jeff.Woo@wbd-us.com

John Benedict Bourke (SBN 367324)
Womble Bond Dickinson
50 California St., Ste 2800
San Francisco, CA 94111-4616
415-433-1900
Ben.Bourke@wbd-us.com

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

    ☒ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☒ discovery as follows: <u>Represent Plaintiff at his deposition and conduct discovery necessary for mediation</u>

    ☐ other:

_____

All proceedings in this action are hereby stayed until four weeks from the date of this Order. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

**IT IS SO ORDERED.**

Dated: May 21, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge